FILED

OCT 28 2015

JULIE RICHARDS JOHNSTON, CLERK
BY US DISTRICT COURT, EDNC
_____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-MJ-2149-RN

| | |
|---|---|
| IN THE MATTER OF A SEARCH WARRANT LOCATED AT: ) ) ) NEW SAXON ACCOUNTS IN THE NAME OF ) KENNETH, MORGAN STANCIL, III, STORED) AT WWW.NEWSAXON.ORG HOSTED BY ) DIGITAL OCEAN, INC. ) | ORDER TO SEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Search Warrant in the above-referenced matter, along with Attachment "A" and Attachment "B" to the Affidavit, the instant Motion to Seal and Order, be sealed by the Clerk from this date until further ordered by this Court, except that a certified copy of the same be provided to the Office of the United States Attorney and Special Agent Mark A. Gant.

This 28th day of October, 2015.

_____
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE

1