
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-MJ-2149-RN

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF )<br>INFORMATION ASSOCIATED WITH )<br>NEW SAXON ACCOUNTS IN THE NAME )<br>OF KENNETH MORGAN STANCIL, III, )<br>STORED AT WWW.NEWSAXON.ORG )<br>HOSTED BY DIGITAL OCEAN, INC. ) | **ORDER TO UNSEAL** |

Upon motion of the government, the previously requested application, affidavit, and order authorizing the search warrant in the above captioned matter are hereby ORDERED unsealed.

SO ORDERED.

5 December 2016
_____
DATE

_____
JAMES E. GATES
United States Magistrate Judge